# RAIL

## U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

U.S. COURT OF APPEALS
RECEIVED
CLERK
AUG 21 2024
ATLANTA, GA

### CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT (CIP)

Julia M. Robinson And Kendall J. Hall vs. All of the Defendants in this case    Appeal No. 24-12513-A

11th Cir. R. 26.1-1(a) requires the appellant or petitioner to file a Certificate of Interested Persons and Corporate Disclosure Statement (CIP) with this court within 14 days after the date the case or appeal is docketed in this court, and to include a CIP within every motion, petition, brief, answer, response, and reply filed. Also, all appellees, intervenors, respondents, and all other parties to the case or appeal must file a CIP within 28 days after the date the case or appeal is docketed in this court. **You may use this form to fulfill these requirements.** In alphabetical order, with one name per line, please list all trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this case or appeal, including subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to a party. *(Please type or print legibly)*:

Please See Attachments
District Court No. 1:23-CV-05655-MHC

Submitted by:
Signature: [signed]
Name: Julia M. Robinson    Prisoner # (if applicable):
Address: 2451 Cumberland Pkwy SE Suite 3320 Atlanta Cobb GA 30339
Telephone #: (424)-313-4070

Rev.: 2/23

JuliaMrobinsonuscourtappealpruse@yahoo.com

August 21, 2024

United States District Court For The Northern District Of Georgia 

Julia M Robinson and Kendall J. Hall
2451 Cumberland Pkwy SE Suite 3320 Atlanta Cobb Ga 30339

CASE NO: 1:23-CV-05655-MHC

Amended Certificate Of Interested Persons
and Corporate Disclosure Statement  Attachment (CIP's)

Alejandro Mayorkas in his Official Capacity who serves as the Incumbent for The United States Department of Homeland Security
The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW
Washington DC 20530

Amgen Inc.
One Amgen Center Drive
Thousand Oaks, Ca 91320-1799

Amy Michelle Hoffman

Apple Inc.
One Apple Park Way
Cupertino, CA 95014

AT&T Inc.
208 S. Akard St. Dallas, Texas 75202 USA ATT

Audi Inc.
Ettinger Strass 70, Ingolstadt,
Bayern, Germany 85057

Audi Inc.
2200 Ferdinand Porsche Drive, Herndon, VA 20171, USA

Dr. Brittney Mason-Hirner OBGYN, 1510 RiverPlace Boulevard Jacksonville , Florida 32207

BlackRock Inc.
50 Hudson Yards, New York, New York, 10001

Christopher M. Sutter

Christopher Paul Berney

Christopher A. Wray in his Official Capacity who serves as the Incumbent for The Federal Bureau of Investigations (FBI)
The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW
Washington DC 20530

Edwin Allen Page

Eileen Hintz Rumfelt

Enterprise Rent-A-Car Inc./Enterprise Holdings Inc. 600 Corporate Park Dr
St. Louis, Missouri 63105

Enterprise Rent-A-Car Inc./ Enterprise Holdings Inc.
600 Corporate Park Dr
Clayton, MO 63105

Florida Atlantic University (FAU)
777 Glades Road
Boca Raton, FL 33431

Fredric J. Bold, Jr.

Jennifer Cotton

Jeffrey Ronald Baxter

John Hall Kirbo

John P. Jett

Judge Cohen

Julia M. Robinson

Kendall J. Hall

Lloyd Austin in his Official Capacity who serves as the Incumbent for The Department of Defense (DOD)
The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW Washington DC 20530

MD Mariana Danet,
12515 Orange Dr STE 802 Davie , Fl 33330

Matthew S. Knoop

Merrick Garland in his Official Capacity who serves as the Attorney General for The Department of Justice (DOJ)
The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW Washington DC 20530

Memorial Hospital
Miramar/Memorial Health Care System Inc./Memorial HealthCare System
1901 SW 172 Avenue
Miramar, FL 33029

Memorial Hospital
Miramar/Memorial HealthCare System Inc./Memorial HealthCare System
2900 Corporate Way
Miramar, FL 33025

Monica Bertagnolli in her Official Capacity who serves as the Incumbent for The National Institute of Health (NIH)
The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW Washington DC 20530

Mojio Inc. Canada
808 W Hastings Street #1100
Vancouver, BC V6C 2X4

Mojio Inc. United States
300 Orchard City Drive
#100, Campbell, CA 95008

Mojio Inc. Bulgaria
10 Tsar Osvoboditel Blvd, 1000
Sofia, 12356 6547

General Paul M. Nakasone in his Official Capacity who serves as the Incumbent for The National Security Agency (NSA)
The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW Washington DC 20530

Pete Buttigieg in his Official Capacity who serves as the Incumbent for The Department of Transportation (DOT)

The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW Washington DC 20530

Raanon Gal

Dr. Robert Califf in his Official Capacity who serves as the Incumbent for The Department of Health and Human Services Food and Drug Administration
The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW Washington DC 20530

Roger A. Chalmers

Scott Strauss, Assistant U.S. Attorney

T-Mobile Inc. /Deutsche Telekom AG Inc.
Friedrich-Ebert-Allee 140
53113 Bonn, Germany Bonn District Court HRB 6794

T-Mobile Inc.
PO Box 37380
Albuquerque, NM 87176-7380

The United States Of America in the country's Official Capacity
U.S. Department Of Justice 950 Pennsylvania Avenue, NW Washington DC 20530

William J. Burns in his Official Capacity who serves as The Director for the Central Intelligence Agency (CIA)
The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW Washington DC 20530

Xavier Becerra in his Official Capacity who serves as the Incumbent for The Department of Health and Human Services (DHHS)
The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW Washington D.C. 20530

MD Yoel A Hernandez - Rodriguez , 1901 SW 172 Ave
Miramar , Fl 33029

Certificate Of Interested Persons And Corporate Disclosure Statement (CIP) Attachment

The Plaintiffs reason for filing this appeal is because this court is gaslighting The Plaintiff over and over saying that she didnt do things to properly move her lawsuit forward when she did. This court also never gave her a court date for any hearings she requested in the form of motions. Therefore The District court isn't following the law and allowing the attorneys to do whatever they want to avoid The Plaintiffs. The Plaintiffs are also demanding that their Verified Emergency Motion/Verified Emergency Filing/ Verified TRO Temporary Retraining Order/Verified Retraining Order/Verified Stay Away Order/Verified Preliminary Injunction/
Verified Permanent Retraining Order/Injunction is transferred to this court along with all of her filings and the defendants filings which would be the entire record for this case.

I Julia M Robinson declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct "
Executed on August 21, 2024 *[signature]*

JULIA M. ROBINSON 2451 CUMBERLAND PARKWAY SE SUITE 3320 ATLANTA COBB GA 30339 (424)-313-4070
juliamrobinsonuscourtappealprose@yahoo.com

# RAIL

## U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

### CERTIFICATE OF SERVICE

*U.S. COURT OF APPEALS RECEIVED CLERK AUG 21 2024 ATLANTA, GA*

*(Use this form only if service is being made other than through the Court's electronic-filing system.)*

Julia M. Robinson And Kendall J. Hall vs. All of the Defendants in this case    Appeal No. 24-12513-A

FRAP 25(b) through (d) require that at or before the time of filing a paper, a party must serve a copy on the other parties to the appeal or review. Unless the document is being served through the Court's electronic-filing system, the person making service must certify that the other parties have been served, indicating the date and manner of service, the names of the persons served, and their addresses. **You may use this form to fulfill this requirement.**
*Please type or print legibly.*

I hereby certify that on (date) 8-21-2024, a true and correct copy of the foregoing (title of filing) Civil Docketing Notice Appeal / Items for Appeal has been (check one):

☒ sent by mail, postage prepaid

☐ deposited in the prison's internal mailing system with first-class postage prepaid

☐ sent by electronic means with the consent of the person being served

☒ other (specify manner of service) In Person At Atlanta GA Court of Appeals

and properly addressed to the persons whose names and addresses are listed below:

Please See Attachments / All Defendants in this case from District Court NO. 1:23-cv-05655-MHC

Julia M. Robinson
Your Name (please print)

*[signature]*
Your Signature

Rev.: 12/20

August 21, 2024

United States District Court For The Northern District Of Georgia

Julia M Robinson and Kendall J. Hall
2451 Cumberland Pkwy SE Suite 3320 Atlanta Cobb Ga 30339

CASE NO: 1:23-CV-05655-MHC  Appeal No. 24-12513-A

Amended Certificate Of Interested Persons
and Corporate Disclosure Statement  Attachment (CIP's) / Certificate of Service



Alejandro Mayorkas in his Official Capacity who serves as the Incumbent for The United States Department of Homeland Security
The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW Washington DC 20530

Amgen Inc.
One Amgen Center Drive
Thousand Oaks, Ca 91320-1799

Amy Michelle Hoffman

Apple Inc.
One Apple Park Way
Cupertino, CA 95014

AT&T Inc.
208 S. Akard St. Dallas, Texas 75202 USA ATT

Audi Inc.
Ettinger Strass 70, Ingolstadt,
Bayern, Germany 85057

Audi Inc.
2200 Ferdinand Porsche Drive, Herndon, VA 20171, USA

Dr. Brittney Mason-Hirner OBGYN, 1510 RiverPlace Boulevard Jacksonville , Florida 32207

BlackRock Inc.
50 Hudson Yards, New York, New York, 10001

Christopher M. Sutter

Christopher Paul Berney

Christopher A. Wray in his Official Capacity who serves as the Incumbent for The Federal Bureau of Investigations (FBI)
The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW Washington DC 20530

Edwin Allen Page

Eileen Hintz Rumfelt

Enterprise Rent-A-Car Inc./Enterprise Holdings Inc. 600 Corporate Park Dr
St. Louis, Missouri 63105

Enterprise Rent-A-Car Inc./ Enterprise Holdings Inc.
600 Corporate Park Dr
Clayton, MO 63105

Florida Atlantic University (FAU)
777 Glades Road
Boca Raton, FL 33431

Fredric J. Bold, Jr.

Jennifer Cotton

Jeffrey Ronald Baxter

John Hall Kirbo

John P. Jett

Judge Cohen

Julia M. Robinson

Kendall J. Hall

Lloyd Austin in his Official Capacity who serves as the Incumbent for The Department of Defense (DOD)
The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW
Washington DC 20530

MD Mariana Danet,
12515 Orange Dr STE 802 Davie , Fl 33330

Matthew S. Knoop

Merrick Garland in his Official Capacity who serves as the Attorney General for The Department of Justice (DOJ)
The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW
Washington DC 20530

Memorial Hospital
Miramar/Memorial Health Care System Inc./Memorial HealthCare System
1901 SW 172 Avenue
Miramar, FL 33029

Memorial Hospital
Miramar/Memorial HealthCare System Inc./Memorial HealthCare System
2900 Corporate Way
Miramar, FL 33025

Monica Bertagnolli in her Official Capacity who serves as the Incumbent for The National Institute of Health (NIH)
The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW
Washington DC 20530

Mojio Inc. Canada
808 W Hastings Street #1100
Vancouver, BC V6C 2X4

Mojio Inc. United States
300 Orchard City Drive
#100, Campbell, CA 95008

Mojio Inc. Bulgaria
10 Tsar Osvoboditel Blvd, 1000
Sofia, 12356 6547

General Paul M. Nakasone in his Official Capacity who serves as the Incumbent for The National Security Agency (NSA)
The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW
Washington DC 20530

Pete Buttigieg in his Official Capacity who serves as the Incumbent for The Department of Transportation (DOT)

The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW
Washington DC 20530

Raanon Gal

Dr. Robert Califf in his Official Capacity who serves as the Incumbent for The Department
of Health and Human Services Food and Drug Administration
The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW
Washington DC 20530

Roger A. Chalmers

Scott Strauss, Assistant U.S. Attorney

T-Mobile Inc. /Deutsche Telekom AG Inc.
Friedrich-Ebert-Allee 140
53113 Bonn, Germany Bonn District Court HRB 6794

T-Mobile Inc.
PO Box 37380
Albuquerque, NM 87176-7380

The United States Of America in the country's Official Capacity
U.S. Department Of Justice 950 Pennsylvania Avenue, NW Washington DC 20530

William J. Burns in his Official Capacity who serves as The Director for the Central
Intelligence Agency (CIA)
The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW
Washington DC 20530

Xavier Becerra in his Official Capacity who serves as the Incumbent for The Department of
Health and Human Services (DHHS)
The United States Of America U.S. Department Of Justice 950 Pennsylvania Avenue, NW
Washington D.C. 20530

MD Yoel A Hernandez - Rodriguez , 1901 SW 172 Ave
Miramar , Fl 33029

Certificate Of Interested Persons And Corporate Disclosure Statement (CIP) Attachment

The Plaintiffs reason for filing this appeal is because this court is gaslighting The
Plaintiff over and over saying that she didnt do things to properly move her lawsuit
forward when she did. This court also never gave her a court date for any hearings she
requested in the form of motions. Therefore The District court isn't following the law
and allowing the attorneys to do whatever they want to avoid The Plaintiffs. The
Plaintiffs are also demanding that their Verified Emergency Motion/Verified Emergency
Filing/ Verified TRO Temporary Retraining Order/Verified Retraining Order/Verified Stay
Away Order/Verified Preliminary Injunction/
Verified Permanent Retraining Order/Injunction is transferred to this court along with
all of her filings and the defendants filings which would be the entire record for this
case.

I Julia M Robinson declare (or certify, verify, or state) under penalty of perjury under
the laws of the United States of America that the foregoing is true and correct "
Executed on August 21, 2024

JULIA M. ROBINSON 2451 CUMBERLAND PARKWAY SE SUITE 3320 ATLANTA COBB GA 30339 (424)-313-
4070
juliamrobinsonuscourtappealprose@yahoo.com