No. 24-12513

# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

JULIA ROBINSON, *et al.*,

*Plaintiffs-Appellants*,

v.

USA, *et al.*,

*Defendants-Appellees*.

On Appeal from the United States District Court for the Northern District of Georgia, No. 1:23-cv-05655-MHC

## DEFENDANT-APPELLEE BLACKROCK, INC.'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

Peter M. Starr
Georgia Bar No. 648453
**KING & SPALDING LLP**
1180 Peachtree Street NE
Suite 1600
Atlanta, Georgia 30309
Tel: 404-572-4600
Fax: 404-572-5100
pstarr@kslaw.com

*Counsel for Defendant-Appellee BlackRock, Inc.*

# APPELLEE BLACKROCK, INC.'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure and Rules 26.1-1 and 26.1-2 of the Rules of the United States Court of Appeals for the Eleventh Circuit, Defendant-Appellee BlackRock, Inc., a Delaware corporation ("BlackRock" or "Appellee"), certifies that the following is a complete list of known trial judge(s), all attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of the particular case on appeal, including subsidiaries, conglomerates, affiliates, and parent corporations, including any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to a party:

- Amgen Inc. (**AMGN**) – Defendant/Appellee
- Apple Inc. (**AAPL)** – Defendant/Appellee
- AT&T Inc. (**T**) – Defendant/Appellee
- Audi Inc. – Defendant/Appellee
- Austin, Lloyd – Defendant/Appellee
- Baker Hostetler LLP – Counsel for Defendant/Appellee Enterprise Holdings, Inc.
- Barnes & Thornburg LLP – Counsel for Defendant/Appellee Memorial Healthcare System

- Baxter, Jeffery R. – Counsel for Defendant/Appellee Enterprise Holdings, Inc.

- Becerra, Xavier – Defendant/Appellee

- Bertagnollo, Monica – Defendant/Appellee

- BlackRock Inc. (**BLK**) – Defendant/Appellee

- Bold, Fredric Joseph – Counsel for Defendant/Appellee Apple Inc.

- Bondurant Mixson & Elmore, LP – Counsel for Defendant/Appellee Apple Inc.

- Burns, William J. – Defendant/Appellee

- Buttigieg, Pete – Defendant/Appellee

- Califf, Dr. Robert – Defendant/Appellee

- Cohen, Honorable Mark H. – U.S. District Court Judge

- Cotton, Jennifer L. – Counsel for Defendant/Appellee AT&T Inc.

- Danet, MD Mariana – Defendant/Appellee

- Deutsche Telekom AG (**DTEGY**) – Non-Party parent company of T-Mobile Global Zwischenholding GmbH

- Deutsche Telekom Holding B.V. ("DT B.V.") – Non-party owner of more than 10% of the shares of T-Mobile US, Inc.

- Does, Jane – Defendant/Appellee

- Does, Joe – Defendant/Appellee

- Enterprise Holdings Inc. – Defendant/Appellee

- Enterprise Rent-A-Car Inc. – Defendant/Appellee

- Florida Atlantic University (FAU) – Defendant/Appellee

- Florida Attorney General's Office – Counsel for Defendant/Appellee Florida Atlantic University

- Gal, Raanon – Counsel for Defendant/Appellee Memorial Healthcare System

- Garland, Merrick – Defendant/Appellee

- Hall, Kendall J. – Plaintiff/Appellant

- Hernandez-Rodriguez, MD Yoel A. – Defendant/Appellee

- Hoffman, Amy Michelle – Counsel for Defendant/Appellee MD Mariana Danet

- Jett, John P. – Counsel for Defendant/Appellee AT&T Inc.

- Kilpatrick Townsend & Stockton LLP – Counsel for Defendant/Appellee AT&T Inc.

- King & Spalding LLP – Counsel for Defendant/Appellee BlackRock, Inc.

- Knoop, Matthew S. – Counsel for Defendant/Appellee T-Mobile USA, Inc.

- Lavender Hoffman Emery, LLC – Counsel for Defendant/Appellee

MD Mariana Danet

- Mason-Hirner, Dr. Brittney – Defendant/Appellee

- Mayorkas, Alejandro – Defendant/Appellee

- Memorial Hospital – Defendant/Appellee

- Miller & Martin, PLLC – Counsel for Defendant/Appellee Amgen Inc.

- Mojio Inc. Bulgaria – Defendant/Appellee

- Mojio Inc. Canada – Defendant/Appellee

- Mojio Inc. United States – Defendant/Appellee

- Nakasone, General Paul M. – Defendant/Appellee

- Page, Edwin Allen – Counsel for Defendant/Appellee Apple Inc.

- Polsinelli PC – Counsel for Defendant/Appellee T-Mobile USA, Inc.

- Robinson, Julia M. – Plaintiff/Appellant

- Rumfelt, Eileen Elizabeth H. – Counsel for Defendant/Appellee Amgen Inc.

- Starr, Peter – Counsel for Defendant/Appellee BlackRock, Inc.

- Sutter, Christopher – Counsel for Defendant/Appellee Florida Atlantic University

- The United States of America – Defendant/Appellee

- T-Mobile Global Holding GmbH ("Holding") – Non-party parent company of DT B.V.

- T-Mobile Global Zwischenholding GmbH ("Global") – Non-party parent company of Holding

- T-Mobile US, Inc. (**TMUS**) – Defendant/Appellee

- Wray, Christopher A. – Defendant/Appellee

Pursuant to Federal Rule of Appellate Procedure 26.1(a), BlackRock states that it has no parent corporation and no publicly held corporation owns 10% or more of its stock. Counsel for BlackRock is without sufficient information to identify whether there is any parent corporation or any publicly held corporation that owns 10% or more of the stock of any of the additional named Defendant/Appellees.

At this time, the undersigned counsel is aware of no other persons, associations, firms, partnerships, or corporations that have either a financial interest or other interest which could be substantially affected by the outcome of this particular case. BlackRock will promptly file a supplemental disclosure statement if any required information changes.

*Julia Robinson, et al. v. USA, et al.,* No. 24-12513

Respectfully submitted, this 30th day of August, 2024.

/s/ *Peter M. Starr*
Peter M. Starr
Georgia Bar No. 648453
**KING & SPALDING LLP**
1180 Peachtree Street NE
Suite 1600
Atlanta, Georgia 30309
Tel: 404-572-4600
Fax: 404-572-5100
pstarr@kslaw.com

*Counsel for Defendant-Appellee BlackRock, Inc.*

# CERTIFICATE OF SERVICE

I certify that on August 30, 2024, I electronically filed the foregoing **APPELLEE BLACKROCK, INC.'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT** using the CM/ECF system which will automatically send email notification of such filing to all counsel of record. I have also on this day caused a copy of the pleading to be placed in first class United States Mail, postage prepaid, addressed to the following non-CM/ECF participants:

> Julia M. Robinson
> Kendall J. Hall
> 2451 Cumberland Pkwy SE
> Suite 3320
> Atlanta, GA 30339

/s/ *Peter M. Starr*
Peter M. Starr

*Counsel for Defendant-Appellee BlackRock, Inc.*