No. 24-12513

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

JULIA M. ROBINSON and KENDALL J. HALL,

*Plaintiffs-Appellants,*

v.

THE UNITED STATES OF AMERICA, *et al.*,

*Defendants-Appellees.*

On appeal from the United States District Court for the
Northern District Of Georgia, No. 1:23-cv-05655-MHC

**DEFENDANT-APPELLEE AT&T INC.'S CERTIFICATE OF
INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

| | |
|---|---|
| KILPATRICK TOWNSEND & STOCKTON LLP | John P. Jett |
| 1100 Peachtree Street, Suite 2800 | Georgia Bar No. 827033 |
| Atlanta, Georgia 30309-4528 | jjett@ktslaw.com |
| Telephone: (404) 815-6500 | Jennifer L. Cotton |
| Facsimile: (404) 815-6555 | Georgia Bar No. 520708 |
| | jcotton@ktslaw.com |

*Counsel for Defendant-Appellee AT&T Inc.*

*Julia Robinson, et al. v. USA, et al.*, No. 24-12513

# DEFENDANT-APPELLEE AT&T, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

In accordance with Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rules 26.1-1 through 26.1-4, the undersigned counsel of record for Defendant-Appellee AT&T Inc. hereby certifies that the following is a complete list of all trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations currently known have an interest in the outcome of this case or appeal, including subsidiaries, conglomerates, affiliates, and any other identifiable legal entities related to the parties:

- Amgen, Inc. (AMGN) - Defendant/Appellee
- Apple, Inc. (AAPL) - Defendant/Appellee
- AT&T Inc. (T) - Defendant/Appellee
- Audi, Inc. - Defendant/Appellee
- Austin, Lloyd - Defendant/Appellee
- Baker & Hostetler LLP - Counsel for Defendant/Appellee Enterprise Holdings, Inc.
- Barnes & Thornburg LLP - Counsel for Defendant/Appellee Memorial Hospital/Memorial Healthcare System
- Baxter, Jeffrey R. - Counsel for Defendant/Appellee Enterprise Holdings, Inc.

*Julia Robinson, et al. v. USA, et al.*, No. 24-12513

- Becerra, Xavier - Defendant/Appellee

- Berney, Christopher Paul - Counsel for Defendant/Appellee MD Yoel A. Hernandez-Rodriguez

- Bertagnollo, Monica- Defendant/Appellee

- BlackRock Inc. (BLK) - Defendant/Appellee

- Bold, Fredric Joseph - Counsel for Defendant/Appellee Apple, Inc.

- Bondurant Mixson & Elmore, LP - Counsel for Defendant/Appellee Apple, Inc.

- Byrnside, Ian K. - Counsel for Defendant Enterprise Holdings, Inc.

- Burns, William J. - Defendant/Appellee

- Buttigieg, Pete - Defendant/Appellee

- Califf, Dr. Robert - Defendant/Appellee

- Chalmers, Roger A. - Counsel for Defendant Florida Atlantic University

- Chamberlain Hrdlicka - Counsel for Defendant Dr. Brittney Mason-Hirner

- Christopher P. Berney, P.C. - Counsel for Defendant/Appellee MD Yoel A. Hernandez-Rodriguez

- Cohen, Honorable Mark H. - U.S. District Court Judge

*Julia Robinson, et al. v. USA, et al.*, No. 24-12513

- Cotton, Jennifer L. - Counsel for Defendant/Appellee AT&T Inc.

- Danet, Mariana MD - Defendant/Appellee

- Deutsche Telekom AG (DTEGY) - Non-party

- Deutsche Telekom Holding B.V. - Non-party

- Does, Jane - Defendant/Appellee

- Does, John - Defendant/Appellee

- Enterprise Holdings, Inc., privately held - Defendant/Appellee

- Florida Atlantic University (FAU) - Defendant/Appellee

- Florida Attorney General's Office - Counsel for Defendant/Appellee Florida Atlantic University

- Gal, Raanon - Counsel for Defendant/Appellee Memorial Hospital/Memorial Healthcare System

- Garland, Merrick - Defendant/Appellee

- Georgia Department of Law - Counsel for Defendant Florida Atlantic University

- Hall, Kendall J. - Plaintiff/Appellant

- Hernandez-Rodriguez, Yoel A., MD - Defendant/Appellee

- Hoffman, Amy Michelle - Counsel for Defendant/Appellee MD

- Jett, John P. - Counsel for Defendant/Appellee AT&T Inc.

- Kilpatrick Townsend & Stockton LLP - Counsel for Defendant/Appellee AT&T Inc.

- King & Spalding LLP - Counsel for Defendant/Appellee BlackRock, Inc.

- Kirbo, John Hall - Counsel for Defendant Dr. Brittney Mason-Hirner

- Knoop, Matthew S. - Counsel for Defendant/Appellee T-Mobile USA, Inc.

- Lavender Hoffman Emery, LLC - Counsel for Defendant/Appellee MD Mariana Danet

- Mason-Hirner, Dr. Brittney - Defendant/Appellee

- Marks Gray, P.A. - Counsel for Appellee Dr. Brittney Mason-Hirner

- Mayorkas, Alejandro - Defendant/Appellee

- Memorial Hospital - Defendant/Appellee

- Miller & Martin, PLLC - Counsel for Defendant/Appellee Amgen Inc.

- Mohio Inc. Bulgaria - Defendant/Appellee

- Mojio Inc. Canada - Defendant/Appellee

- Mojio Inc. United States - Defendant/Appellee

- Nakasone, General Paul M. - Defendant/Appellee

- Page, Edwin Allen - Counsel for Defendant/Appellee Apple Inc.

- Polsinelli PC - Counsel for Defendant/Appellee T-Mobile USA, Inc.

- Rainer, Frank P. - Counsel for Defendant Memorial Hospital/Memorial Healthcare System

- Robinson, Julia M. - Plaintiff/Appellant

- Rosenbloom, Leigh F. - Counsel for Appellee Dr. Brittney Mason-Hirner

- Rumfelt, Eileen Elizabeth Hintz - Counsel for Defendant/Appellee Amgen, Inc.

- Spalding Jr., Charles - Counsel for Defendant BlackRock, Inc.

- Starr, Peter - Counsel for Appellee BlackRock, Inc.

- Strauss, Scott Ryan - Counsel for Defendant Memorial Hospital/Memorial Healthcare System

- Sutter, Christopher - Counsel for Defendant/Appellee Florida Atlantic University

- The Crawford Group, Inc. – Non-party, holds 100% of Defendant/Appellee Enterprise Holdings, Inc.'s shares

- T-Mobile/Deutsche Telekom AG Inc. - Non-party

- T-Mobile Global Holding GmbH - Non-party

*Julia Robinson, et al. v. USA, et al.*, No. 24-12513

- T-Mobile Global Zwischenholding GmbH - Non-party

- T-Mobile US, Inc. (TMUS) - Defendant/Appellee

- United States of America - Defendant/Appellee

- Wray, Christopher A. - Defendant/Appellee.

AT&T Inc. has no parent corporation, and there is no one person or group that owns 10% or more of the stock of AT&T Inc.

Respectfully submitted this 4th day of September 2024.

*/s/ Jennifer L. Cotton*
Jennifer L. Cotton
Georgia Bar No. 520708
KILPATRICK TOWNSEND &
   STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4528
Telephone: (404) 815-6500
Facsimile: (404) 815-6555
jcotton@ktslaw.com

*Counsel for Defendant-Appellee AT&T Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2024, I electronically filed the foregoing **DEFENDANT-APPELLEE AT&T INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit by using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record. I have also on this day caused a copy of the pleading to be placed in first class United States Mail, postage prepaid, addressed to the following non-CM/ECF participants:

> Julia M. Robinson & Kendall Hall
> 2451 Cumberland Pkwy SE
> Suite 3320
> Atlanta, GA 30339

*/s/ Jennifer L. Cotton*
Jennifer L. Cotton

*Counsel for Defendant-Appellee AT&T Inc.*