IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

CASE NO. 2 4 - 1 2 5 1 3 - A
L.T. CASE NO. 1:23-cv-05655-MHC

**Julia Robinson, et al,**

    Appellants,

v.

**USA, et al,**

    Appellees,
_____

# CERTIFICATE OF INTERESTED PERSONS
# AND CORPORATE DISCLOSURE STATEMENT

Pursuant to 11th Circuit Rule 26.1, Appellee FLORIDA ATLANTIC UNIVERSITY (hereinafter the "FAU"), by and through the undersigned counsel, files this Certificate of Interested Persons and Corporate Disclosure Statement. The following persons and/or parties have an interest in the outcome of this case:

Amgen Inc. (**AMGN**) – Defendant/Appellee

Apple Inc. (**AAPL)** – Defendant/Appellee

AT&T Inc. (**T**) – Defendant/Appellee

Audi Inc. – Defendant/Appellee

Austin, Lloyd – Defendant/Appellee

Baker Hostetler LLP – Counsel for Defendant/Appellee Enterprise Holdings, Inc.

Barnes & Thornburg LLP – Counsel for Defendant /Appellee Memorial Healthcare System

Baxter, Jeffery R. – Counsel for Defendant /Appellee Enterprise Holdings, Inc.

Becerra, Xavier – Defendant/Appellee

Berney, Christopher P. – Counsel for Yoel A. Hernandez, MD

Bertagnolli, Monica – Defendant/Appellee

BlackRock Inc. (**BLK**) – Defendant/Appellee

Bold, Fredric J. – Counsel for Defendant/Appellee Apple Inc.

Bondurant Mixson & Elmore, LP – Counsel for Defendant/Appellee Apple Inc.

Burns, William J. – Defendant/Appellee

Buttigieg, Pete – Defendant/Appellee

Califf, Dr. Robert – Defendant/Appellee

Chalmers, Roger A. – Counsel for Florida Atlantic University's Counsel

Christopher Berney, P.C. – Counsel for Yoel A. Hernandez, MD

Cohen, Honorable Mark H. – U.S. District Court Judge

Cotton, Jennifer L. – Counsel for Defendant/Appellee AT&T Inc.

Danet, MD Mariana – Defendant/Appellee

Deutsche Telekom AG (**DTEGY**) – Non-Party parent company of T- Mobile Global Zwischenholding GmbH

Deutsche Telekom Holding B.V. ("DT B.V.") – Non-party owner of more than 10% of the shares of T-Mobile US, Inc.

Does, Jane – Defendant/Appellee

Does, John – Defendant/Appellee

Enterprise Holdings Inc. – Defendant/Appellee

Enterprise Rent-A-Car Inc. – Defendant/Appellee

Florida Atlantic University (FAU) – Defendant/Appellee

Florida Office of the Attorney General – Counsel for Defendant/Appellee Florida Atlantic University

Gal, Raanon – Counsel for Defendant/Appellee Memorial Healthcare System

Garland, Merrick – Defendant/Appellee

Hall, Kendall J. – Plaintiff/Appellant

Hernandez-Rodriguez, MD Yoel A. – Defendant/Appellee

Hoffman, Amy Michelle – Counsel for Defendant/Appellee MD Mariana Danet

Jett, John P. – Counsel for Defendant/Appellee AT&T Inc.

Kilpatrick Townsend & Stockton LLP – Counsel for Defendant/Appellee AT&T Inc.

King & Spalding LLP – Counsel for Defendant/Appellee BlackRock, Inc.

Kirbo, John Hall – Counsel for Defendant/Appellee Mason-Hirner

Knoop, Matthew S. – Counsel for Defendant/Appellee T-Mobile USA, Inc.

Lavender Hoffman Emery, LLC – Counsel for Defendant/Appellee MD Mariana Danet

Mason-Hirner, Dr. Brittney – Defendant/Appellee

Mayorkas, Alejandro – Defendant/Appellee

Memorial Hospital – Defendant/Appellee

Miller & Martin, PLLC – Counsel for Defendant/Appellee Amgen Inc.

Mojio Inc. Bulgaria – Defendant/Appellee

Mojio Inc. Canada – Defendant/Appellee

Mojio Inc. United States – Defendant/Appellee

Nakasone, General Paul M. – Defendant/Appellee

Page, E. Allen – Counsel for Defendant/Appellee Apple Inc.

Polsinelli PC – Counsel for Defendant/Appellee T-Mobile USA, Inc.

Rainer, Frank P. – Counsel for Memorial Healthcare System

Robinson, Julia M. – Plaintiff/Appellant

Rosenbloom, Leigh – Counsel for Defendant/Appellee Mason-Hirner

Rumfelt, Eileen Elizabeth H. – Counsel for Defendant/Appellee Amgen Inc.

Spalding, Charles, Jr. – Counsel for Defendant/Appellee Blackrock, Inc.

Starr, Peter – Counsel for Defendant/Appellee BlackRock, Inc.

Strauss Scott R. – Counsel for Memorial Healthcare System

Sutter, Christopher – Counsel for Defendant/Appellee Florida Atlantic University

The United States of America – Defendant/Appellee

T-Mobile Global Holding GmbH ("Holding") – Non-party parent company of DT B.V.

CASE NO. 24-12513-A
ROBINSON, et al v. USA, et al

T-Mobile Global Zwischenholding GmbH ("Global") – Non- party parent company of Holding

T-Mobile US, Inc. (**TMUS**) – Defendant/Appellee

Wray, Christopher A. – Defendant/Appellee

Florida Atlantic University, through undersigned counsel, hereby certifies that, to its knowledge, there are no additional publicly traded companies or corporations known to have an interest in the outcome of this case or appeal.

Respectfully submitted,

ASHLEY BROOKE MOODY
ATTORNEY GENERAL

/s/ Christopher Sutter
CHRISTOPHER SUTTER (FBN# 422215)
Senior Assistant Attorney General
Office of the Attorney General
South Florida Civil Litigation Bureau
110 SE 6th Street, 10th Floor
Ft. Lauderdale, Florida 33301
Tel. (954) 712-4600
Christopher.Sutter@myfloridalegal.com
Attorney for Florida Atlantic University

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed in the ECF system on September 5, 2024. Notice of this filing will be sent to the counsel of record through the Court's electronic filing system and sent via the manner indicated to the parties below:

CASE NO. 2 4 - 1 2 5 1 3 - A
ROBINSON, et al v. USA, et al

Julia Robinson
Kendall Hall
2451 Cumberland Pkwy, Ste. 3320
Atlanta, GA 30339
*Via U.S. Mail*

                                                   <u>/s/ Christopher Sutter</u>
                                                   CHRISTOPHER SUTTER
                                                   Senior Assistant Attorney General