IN THE UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

NO. 24-12513-AA

JULIA M. ROBINSON (APPELLANT)

AND

KENDALL J. HALL (APPELLANT)

V.

ALEJANDRO MAYORKAS IN HIS OFFICIAL CAPACITY (DHS) (APPELLEES)

AMGEN INC. (APPELLEES)

APPLE INC. (APPELLEES)

AT&T INC. (APPELLEES)

AUDI INC. (APPELLEES)

DR. BRITTNEY MASON-HIRNER (APPELLEE)

BLACKROCK INC. (APPELLEES)

CHRISTOPHER A. WRAY IN HIS OFFICIAL CAPACITY (FBI) (APPELLEES)

ENTERPRISE RENT-A-CAR INC./ENTERPRISE HOLDINGS INC. (APPELLEES)

FLORIDA ATLANTIC UNIVERSITY (FAU) (APPELLEES)

LLOYD AUSTIN IN HIS OFFICIAL CAPACITY (DOD) (APPELLEE)

MD. MARIANA DANET (APPELLEE)

MERRICK GARLAND IN HIS OFFICIAL CAPACITY (DOJ) (APPELLEES)

MEMORIAL HEALTHCARE SYSTEM INC. (APPELLEES)

MONICA BERTAGNOLLI IN HER OFFICIAL CAPACITY (NIH) (APPELLEES)

MOJIO INC. (APPELLEES)

GENERAL PAUL M. NAKASONE IN HIS OFFICIAL CAPACITY (NSA) (APPELLEES)

PETE BUTTIGIEG IN HIS OFFICIAL CAPACITY (DOT) (APPELLEES)

DR. ROBERT CALIFF IN HIS OFFICIAL CAPACITY (FDA) (APPELLEES)

T-MOBILE INC./DEUTSCHE TELEKOM AG INC. (APPELLEES)

THE UNITED STATES OF AMERICA (APPELLEES)

WILLIAM J. BURNS IN HIS OFFICIAL CAPACITY (CIA) (APPELLEES)

XAVIER BECERRA IN HIS OFFICIAL CAPACITY (DHHS) (APPELLEES)

MD YOEL A. HERNANDEZ-RODRIGUEZ (APPELLEES)

JANE DOES (APPELLEES)

JOHN DOES (APPELLEES)

---

**APPEAL FOR REVIEW FROM THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA NO. 1:23-CV-05655-MHC**

**APPELLANTS CORRECTION OR MODIFICATION OF THE RECORD, LEAVE TO CORRECT/AMEND ERRORS/CORRECT IN BRIEF AND IN APPENDIX, NOTICE OF APPEARANCE, CERTIFICATE OF COMPLIANCE, CERTIFICATE OF COMPLIANCE, DEMAND FOR ORAL ARGUMENT FOR APPEAL, DEMAND FOR TRO/PRELIMINARY INJUNCTION HEARING, AND DEMAND FOR APPELLANTS IN THIS CASE APPEAL TO BE TRANSFERRED TO WASHINGTON D.C. COURT OF APPEALS**

JULIA M. ROBINSON
2800 SPRING DR. SE
SMYRNA, COBB GA

**30080**
**(424)-313-4070**
**juliamrobinsonuscourtappealprose@yahoo.com**

The Appellants are demanding actual court dates in person to publicly argue their cases with a court reporter so that everything can remain Public, The Appellants can and will speak publicly on her and her daughter's behalf in open public court on the record in this case. The Appellant has illegally had cases with this court dismissed recently without this court giving The Appellant a court date after she wrote on her appeal, she was demanding oral arguments to publicly argue her cases on public record while being recorded. Evidence/Exhibits that The Appellants turned into The Federal District Court in Atlanta wasn't scanned into The Federal District of Atlanta Ga for The Then Plaintiffs cases now Appellants. Someone at The District court is trying to use The Appellants cases to save cops illegally and further discredit The Appellant by not uploading evidence/exhibits that The Appellant turned in, This is Obstruction which is why our case needs to be transferred to Washington D.C. Appeals Court away from obstruction and corruption in this Federal Appeals District and in this State of Georgia. VOLUME ONE (1) PART TWENTY-NINE (29) Exhibits of Kristian J. Hall illegally being charged his own prescription of Oxycodone by Sunny Isles Beach Police Department and Julia M. Robinson sworn statement from 08/15/2019 August 19, 2019 wasn't scanned into the Federal Courts system to attempt to not show a pattern of corruption, constitutional violations, obstruction, to use The Appellant and Kristian J. Hall as " The Fall Guy and Girl to cover up for Cops, The Myara family and all of The Defendants in all of The Plaintiffs cases. More desperate attempts to discredit The Appellants Black Words in her complaints and sworn statements and to further allow the defense to use The Appellants fraudulent illegal made-up medical notes for not legally valid deadly torturous warcrime racist profitable research assaults used as a weapon that The Appellants never consented to, never received financial compensation from these criminal human traffickers nor did they ever qualify for through exemptions from our government.VOLUME ONE (1) PART TWENTY-NINE (29) Exhibits of Julia M. Robinson sworn statement from August 19, 2019 last page saying On June 26, 2019 that Jean J Mayara sent SMS to Dyan Mayara about paying to have Kristian J Hall arrested when he got back from Israel wasn't scanned into the Federal Courts system. Exhibits of the arresting officer Bestard #0157 and Proof of the judge over the case and where it happened in Sunny Isle Beach Florida wasn't scanned into the Federal

Courts system and all of The arresting officers from July 8, 2019 that The Appellant turned into The Federal District Court of Atlanta Georgia wasn't scanned into the Federal Courts system. All of The Appellants Exhibits/Evidence that The Appellants turned in is vital to all of her cases outcomes. The Appellant paid all court fees for all cases and for some reason The Federal Appeals court system is giving pop ups to The Appellant for her to turn in only 4 copies of brief and appendix which is the same pop ups that was in the system for her cases before. The Appellants are unrepresented parties but not proceeding in forma pauperis, all of their case filing fees are/was paid. Are these pop ups of 4 copies coming up in the electronic filing system so that all of the Appeals Judges won't get hard copies and read The Appellants Brief and Appendix so that The Appellants wont have a fair outcome? Under NOTICE Of Filing Jury Demand and Filings by Kendall J. Hall and Julia M. Robinson. Docket entry 7 (Entered: 02/21/2024) and Docket entry 84 (Entered: 6/21/2024) is The Plaintiffs Preliminary Injunction/Temporary Restraining Orders. This was purposely written wrong on the docket so that The Defendants can still perform illegal research and so that The American Public wouldn't know that The Federal District Court incorrectly labeled all of those Defendants under defendants when they all knew that was on The Appellants/Plaintiffs Preliminary Injunction/Temporary Restraining Order. This was also done to attempt to make The Appellant appear as if she didn't know what she was doing and for all listed as extras under defendants to believe that The Appellant was suing them as well, The Appellees figured the more people that they could get on board to hate The Black African American Appellants which is another racist tactic by The Appellees creating more problems and causing confusion when The District Court knew that this entry was written in incorrectly on their docket. The Appellants are demanding a court date for this appeal and is demanding that this appeal be and stay public. This Court of Appeals has illegally dismissed This Appellants previous appeal cases (23-12488H and 23-11733H) in the past without giving The Appellant court dates after The Appellant demanded court dates and The Appellant turned into this court Notice of Appearance motions letting this court know she was appearing on her own behalf. Under Statement Regarding Oral Argument in past case 23-12488H The Appellant told this court that she was demanding a court date with this court, that was the point of her writing why she was demanding oral arguments to go on the record in Public/In Open court dates while being recorded by a court reporter to publicly plead her case as she will do the same in this case. For case 23-12488H This Appeals Court dismissed The Appellants case for illegal bogus reasons that don't apply legally to The Appellant right after Kristian J. Hall served The U.S. Attorneys Office in Atlanta Ga and in Washington D.C. for his lawsuit

against Them for what happened to him in The State of Florida involving The Sunny Isles Police Department Corrupt and racist police officers that were paid to have him arrested illegally. The Appellants are also demanding that the Opinion of This Appeals Court is PUBLIC/Published and not private/Non-published as if The Appellant works for the United States Of America and she doesn't, The Appellant isn't doing favors for The United States of America and The rest of The Appellees in this case to cover up their crimes against her and her daughter. The Appellants are also demanding for This Court Of Appeals to transfer this case to The Appeals Court in Washington D.C. because The Appellants have no faith in this Court of Appeals in The State of Georgia because of previous obstruction and corruption involving The Appellants cases (23-12488H and 23-11733H). The Appeals Court in Atlanta Georgia isn't capable of following The Federal Civil Rules of Procedure, The Federal Appeals Rules, and The Constitution regarding The Appellants cases. The Appeals Court in Atlanta Georgia is and has PR campaigned and put politics over following their own laws and rules in The Appellants previous cases for Appellees which shows that this court has a pattern of not following The Federal Civil Rules of Procedure, The Federal Appeals Rules, and The Constitution regarding The Appellants cases. This Appeals Court in the past never had no intentions on following The Federal Civil Rules of Procedure, The Federal Appeals Rules, and The Constitution regarding The Appellant cases in the past which further violated The Appellant First Amendment Right: The right to petition the government for a redress of grievances guarantees people the right to ask the government to provide relief for a wrong through litigation or other governmental action to cause further delays, to continue to allow The Criminal Racist Appellees to attack The Appellant and her family without The United States Granting Retraining Orders when they were supposed to because of The Appellants Evidence and reasons she showed the courts why retraining orders were necessary, to save jobs and images of the criminals involved, to force The Appellants to spend more money she doesn't have for travel and to file with The Supreme Court in Washington D.C., and to show The Black African American Pro Se' Appellant that just because she refused to work with and for The United States, Non-Profits, Political Parties, and organizations that she cant receive just through our judiciary system as if she doesn't know her rights and as if she isn't American when that's not true. The Appellants doesn't have to have any affiliation or association with any group or work for our government to take these judicial steps on her own in this country. The United States of America furthered placed The Appellants lives in danger to cheat (by not granting retraining orders) for The Appellees because they are Black African Americans which is racial discrimination and bulling because The Appellant Julia M. Robinson didn't work for our government, unions, groups, Non-profits, and organizations that never had

any intentions on helping The Appellants, they all wanted to pass around those fake medical notes to get illegal exemptions for torturous dangerous research that The Appellants didn't qualify for and didn't consent to to keep The Appellants sick and to get out of liability gauging their crimes under this illegal research because of who The Appellants cases are against. The United States Of America Employees wanted to P.R. Campaign for (PROTECT IMAGES) Celebrities, Famous People, Political Figures, Wealthy People, and Famous CEO's for Political reasons because they are the ones that own the companies The Appellants are suing in this case, They invested in and received financial returns from dangerous torturous research that The Appellants were illegally subjected to on American Soil, They donate millions of dollars to non-profits, and because they paid other criminals to attempt sabotage The Appellants court cases which shows conspiracy and fraud on the courts which clearly shows The Local Appeals Court in Atlanta Georgia isn't capable of doing the just, right, and legal things in The Appellants cases so that The Appellants can have a fair outcome. There was nothing ever fair or legal about any outcome in The Appellants Julia M. Robinson Cases since she filed them in The State of Georgia Federal Courts. The State of Georgia/The United States of America was ok with attempting to use The Appellants previous cases as leverage/as a get out of jail free card for all of the Defendants/Appellees/Respondents, That's why The Federal Government/The State of Georgia blatantly tried to screw The Appellant out her own lawsuits she filed without any help from people that told her and her family no they wouldn't help them. Then The Federal Government/The State of Georgia wanted to keep it a secret by not publishing the opinion of The Appeals Court because they knew they didn't follow any of The Federal Civil Rules of Procedure, The Federal Appeals Rules, and The Constitutional Amendments in The Appellant cases. The Appellants don't trust anyone in government, The Appellants don't believe or trust that she will have a fair and just outcome in The State of Georgia Appeals Court in Atlanta even after she is and has properly filed everything, she was supposed to by all of the laws and rules for these legal processes because of GRAFT overall. The State of Florida corrupt judges didn't properly apply the law in Kristian J. Halls cases, The United States has continued to cover up for The State of Florida (Judge Pooler, Judge Brinkley, and Head Judge Saffee at The Eleventh Judicial Clerk of Courts in Miami Dade County Florida that all received evidence showing that Kristian J. Halls criminal cases weren't legal and how and why he was supposed to be released from Metro West Detention Center where he was held there against his will unlawfully/ illegally), and The State of Georgia (Judge Cohen and previous Appeals Court Judges that was over Julia M.Robinson cases) corrupt judges has covered up for The State of Florida and The United States. The Appeals Court and The District Court kept dismissing The Appellants then The Plaintiffs cases

illegally gaslighting her through replies from them hoping that she would change what she wrote in her complaints by not telling all of what happened and for her to take off defendants, run to an attorney, a group, a non-profit and or organizations begging for help when she didn't after the courts tried to screw her over and she NEVER WILL to be subjected to torturous research through them, to further coverup for The United States of America war crimes and The Appellees involved war crimes committed against The Appellants in this case. The Appellant doesn't have anxiety and no drug addiction problem like The United States and The Appellees all made millions of dollars off of that kind of torturous research that The Appellants were illegally subjected to for financial profits that The Appellees received illegally during The Covid-19 pandemic and after. The United State Of America and The Appellees didn't care about The Appellants life or her daughters life, they all wanted to make money by any illegal (RICO) means without considering the lives that they all carelessly and recklessly placed in danger for a CHECK/ACH transfer under illegal research. The Appellees and The United States hired criminals to pump toxic chemicals into The Appellants home in Smyrna Ga while The Appellant and her family was in and coming back from Washington D.C. Supreme Courts which is poison by inhalation which is ASSAULT. If The Appellant did any of The crimes committed against her in return as a form of defense to A Criminal Racist Judge, A Criminal Racist Attorney, A Criminal Racist Doctor, A Criminal Racist Police Officer, Any of the Criminal Racist Appellees Employees, or Any Criminal Racist U.S. Government Employee The United States would've had their Racist FBI criminal agents bust down The Appellants door and have her arrested for simply defending herself and her children after The Appellant and her family was assaulted again through poison by inhalation as if The Appellants owes the State of George, The State Of Florida, and The United States of America imaginary favors and as if it was retaliation because she went to Washington D.C. to file with Supreme Court for a second time. The Appellant doesn't have to ask permission or give heads up to when and why she goes to The Supreme Court in Washington D.C. The Appellees are running The State of Georgia and The State of Florida as if The State of Georgia and Florida is under its own dictatorship and as if the U.S. Government employees and their criminal hires can do whatever they want and they CANT and mad because they couldn't take over The Appellants cases like they all thought they would to save images and to PR campaign for The Appellees. All of The Appellees played dumb and is still playing dumb in This case and all of the politics surrounding this case (The U.S. Employees trying to stay down with, remain friends with, make money on the low with, remain fans of, look out for, and or P.R. campaign for) has absolutely nothing to do with The Appellants. The racist criminal doctors that assaulted The Appellants in this case for The State of Florida while The Appellant

Julia M. Robinson was a witness in Kristian J. Halls cases against police officers (Sunny Isles Police Department) witness tampered in desperate hopes that Julia M. Robinson wouldn't be able to attend court for Kristian J. Halls Fraudulent criminals cases against police officers (Sunny Isles Police Department) in The State of Florida never was arrested? (How come these racist criminal doctors were never arrested FBI after The Appellant said she wanted to press charges and has been saying this in her motions for years now? Why are theses criminals in this case being protected and for who? Why did The District court allow The Defendants to continue to place The Appellants lives in danger for profitable illegal deadly research when they too received evidence from Julia M. Robinson showing how the torturous research that her and her family was subjected to without consent was illegal and not legally valid to be continued to be used as a form of research under fraudulent exemptions? Why didn't The Appellees offer a settlement or ask to go through mediation? Why did black people in the State of Georgia commit crimes against The Black African American Appellants in Georgia covering up for racist criminals? Why did these black people lie on national T.V. and say they are against police brutality when they secretly fought/helped commit crimes against The Appellants and her family in this case that are Black as well that were brutalized for and by Police Officers? Will these same black people that participated in on the coverup/corruption and made money off of The Appellants backs illegally ever admit to the American Public (The Black Community) what they all did to her and her family? Why was Judge Cohen over The Appellants cases a third time without him recusing himself after This lawsuit was filed in The Atlanta Georgia Federal District Court clearly where U.S. Attorneys and other attorneys try to screw over Pro Se' Litigants out of lawsuit monies which shows racial discrimination, religious discrimination, and biases because Judge Cohen is from/grew-up all or partially in his life, or went to school in, or affiliated and or associated or friends with The Defendants or U.S. Government Employees in The State of Florida? The Appellant did demand a Special Master which is asking for another judge in this case, Judge Cohen isn't a special Master neither is Julia M. Robinson convinced that Judge Cohen ever read her lawsuits to come up with the illegal bias racist cheating conclusions to illegally dismiss The Lawsuits. The Appellant believes that Judge Cohen allowed and allows U.S. Attorneys or JA's or other persons to respond to Pro Se' litigants lawsuits for him, almost always dismissing them for bogus reasons like it was done in her cases and uses his electronic signature to sign as if he read, wrote, and approved his findings/responses himself. Julia M. Robinson would like to open an investigation into Judge Cohens, his JA, and any other persons that looked over previous case findings with other Pro Se' Litigants to show a pattern of The District Court dismissing Pro Se' Litigant cases illegally and to cheat Pro Se'

Litigants out of money like they tried to do The Appellant Julia M. Robinson in The State Of Georgia. The same people that are on television all the time who swore to the entire world publicly that they are against police brutality (White and Black criminals in America) helped commit crimes against The Appellants and covered up for The State of Florida and The State of Georgia to desperately save those police officers from getting fired and from jail. The Appellants are demanding that this Appeals Court give The Appellants a court date for Retraining Orders/Protection Orders/Preliminary Injunctions to be granted in person or grant because of evidence shown for all of the reasons why they need to be granted that was turned into The District Court In Atlanta Ga and for reasons listed in this paragraph and The Appellants will also upload and turn in in person the same Retraining Orders/Protection Orders/Preliminary Injunctions for this case. The Defendants/Appellees had a duty and owed service to The Appellant/plaintiff/victim. The Appellees/Defendants failed that duty, and violated promises, obligations, and contracts owed to The Appellant. The Appellant suffered actual losses, injuries, and damages that were directly caused by the Appellees/Defendants actions or failure to act. The Appellant and her children are going to need hired security for the rest of their lives because of the amount of people, Jane Doe's, John Doe's, Private Companies, and U.S. Government Employee's involved in these War Crimes against The Appellant, Witnesses, and The Appellants family. The Appellees/Defendants Violated these Constitutional Rights of The Appellant: The First Amendment, The Fourth Amendment, The Fifth Amendment, The Sixth Amendment, The Eighth Amendment, and The Fourteenth Amendment. The facts in this entire Appendix with evidence clearly show that the Plaintiff is entitled by law to have her TRO's/Preliminary injunctions, complaints, Appeal, and any other relief sought in this case lawfully granted.


GROUNDS FOR RELIEF SOUGHT

The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U.S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The

Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Appellants motions for relief for **APPELLANTS CORRECTION OR MODIFICATION OF THE RECORD, LEAVE TO CORRECT/AMEND ERRORS/CORRECT IN BRIEF AND IN APPENDIX, NOTICE OF APPEARANCE, CERTIFICATE OF COMPLIANCE, CERTIFICATE OF COMPLIANCE, DEMAND FOR ORAL ARGUMENT FOR APPEAL, DEMAND FOR TRO/PRELIMINARY INJUNCTION HEARING, AND DEMAND FOR APPELLANTS IN THIS CASE APPEAL TO BE TRANSFERRED TO WASHINGTON D.C. COURT OF APPEALS** should be granted because of extraordinary circumstances out of/beyond their control that blatantly shows racial discrimination, graft, religious biases/religious discrimination, and corruption/obstruction/fraud on the courts. The Plaintiffs are demanding money damages in the amount of 500,000,000.00 Five Hundred Million Dollars.

FRAP Rule 10. The Record on Appeal (e) Correction or Modification of the Record. (1) If any difference arises about whether the record truly discloses what occurred in the district court, the difference must be submitted to and settled by that court and the record conformed accordingly. (2) If anything material to either party is omitted from or misstated in the record by error or accident, the omission or misstatement may be corrected and a supplemental record may be certified and forwarded: (A) on stipulation of the parties; (B) by the district court before or after the record has been forwarded; or (C) by the court of appeals. (3) All other questions as to the form and content of the record must be presented to the court of appeals.

FRAP Rule 27 Motions
Procedure Rule 27. Motions
Rule 27. Motions
    (a) In General. (1) Application for Relief. An application for an order or other relief is made by motion unless these rules prescribe another form. A motion must be in writing unless the court permits otherwise. (2) Contents of a Motion. (A) Grounds and Relief Sought. A motion must state with particularity the grounds for the motion, the relief sought, and the legal

argument necessary to support it. (B) Accompanying Documents. (i) Any affidavit or other paper necessary to support a motion must be served and filed with the motion. (ii) An affidavit must contain only factual information, not legal argument. (iii) A motion seeking substantive relief must include a copy of the trial court's opinion or agency's decision as a separate exhibit.

### NOTICE OF PRO SE' APPEARANCE

I Appellant Julia M. Robinson hereby enters an appearance on my own behalf in this action and request that all future correspondence be emailed to me at the email address listed above and below. The Appellant is also already approved for a PACER account to file electronically and receives correspondences to her email listed above and below. I understand that if my address or email address changes, I must immediately notify the courts and all parties. The Appellants new mailing address is:

> JULIA M. ROBINSON
> 2800 SPRING DR. SE
> SMYRNA, COBB GA
> 30080
> (424)-313-4070
> juliamrobinsonuscourtappealprose@yahoo.com

The undersigned enters an appearance in this action and demands notice of all further proceedings.

"I Julia M. Robinson declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct "Executed on September 27, 2024.

Julia M. Robinson          *(signature)*

### CERTIFICATE OF COMPLIANCE

CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT, TYPEFACE REQUIREMENTS, AND TYPE-STYLE REQUIREMENTS

Check the appropriate box

Type-Volume This document complies with the word limit of Motions 5,200 words and 20-page limits. Typeface and Typestyle This document is 4,427 words and 13 pages.

Julia M Robinson Dated September 27, 2024.

CERTIFICATE OF SERVICE

I, Julia M. Robinson hereby certify that a copy of this motion is being sent electronically through the courts/has been sent electronically through the courts to all parties.

JULIA M ROBINSON

2800 SPRING DRIVE SE

SMYRNA GA, COBB

30080 (424)313-4070

juliamrobinsonuscourtappealprose@yahoo.com

"I Julia M. Robinson declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct "Executed on September 27, 2024.

Julia M. Robinson