IN THE UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

NO. 24-12513-AA

JULIA M. ROBINSON (APPELLANT)

AND

KENDALL J. HALL (APPELLANT)

V.

ALEJANDRO MAYORKAS IN HIS OFFICIAL CAPACITY (DHS) (APPELLEES)

AMGEN INC. (APPELLEES)

APPLE INC. (APPELLEES)

AT&T INC. (APPELLEES)

AUDI INC. (APPELLEES)

DR. BRITTNEY MASON-HIRNER (APPELLEE)

BLACKROCK INC. (APPELLEES)

CHRISTOPHER A. WRAY IN HIS OFFICIAL CAPACITY (FBI) (APPELLEES)

ENTERPRISE RENT-A-CAR INC./ENTERPRISE HOLDINGS INC. (APPELLEES)

FLORIDA ATLANTIC UNIVERSITY (FAU) (APPELLEES)

LLOYD AUSTIN IN HIS OFFICIAL CAPACITY (DOD) (APPELLEE)

MD. MARIANA DANET (APPELLEE)

MERRICK GARLAND IN HIS OFFICIAL CAPACITY (DOJ) (APPELLEES)

MEMORIAL HEALTHCARE SYSTEM INC. (APPELLEES)

MONICA BERT AGNOLLI IN HER OFFICIAL CAPACITY (NIH) (APPELLEES)

MOJIO INC. (APPELLEES)

GENERAL PAUL M. NAKASONE IN HIS OFFICIAL CAPACITY (NSA) (APPELLEES)

PETE BUTTIGIEG IN HIS OFFICIAL CAPACITY (DOT) (APPELLEES)

DR. ROBERT CALIFF IN HIS OFFICIAL CAPACITY (FDA) (APPELLEES)

T-MOBILE INC./DEUTSCHE TELEKOM AG INC. (APPELLEES)

THE UNITED STATES OF AMERICA (APPELLEES)

WILLIAM J. BURNS IN HIS OFFICIAL CAPACITY (CIA) (APPELLEES)

XAVIER BECERRA IN HIS OFFICIAL CAPACITY (DHHS) (APPELLEES)

MD YOEL A. HERNANDEZ-RODRIGUEZ (APPELLEES)

JANE DOES (APPELLEES)

JOHN DOES (APPELLEES)

---

APPEAL FOR REVIEW FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA NO. 1:23-CV-05655-MHC

---

JULIA M. ROBINSON
2800 SPRING DR. SE

SMYRNA, COBB GA
30080
(424)-313-4070
juliamrobinsonuscourtappealprose@yahoo.com

**APPELLANTS RESPONSES/OPPOSITIONS/OBJECTIONS TO THE APPEAL COURT OPINION/ORDER FOR PANEL REHEARING, EN BANC REHEARING/HEARING, MOTION TO EXPEDITE MOTION, AND OBJECTIONS TO MOOT AND OR OBJECTIONS TO FUTURE MOOT INCORRECTLY WRITTEN ON THE APPELLANTS RESPONSE FROM THIS APPEALS COURT**

## ALL ATTORNEYS ON THIS CASE

All of the Attorneys in this case: **Jeffrey Ronald Baxter, Christopher Paul Berney, Fredric J. Bold, Jr. Roger A. Chalmers, Jennifer Cotton, Raanon Gal, Amy Michelle Hoffman John P. Jett, John Hall Kirbo, Matthew S. Knoop, Edwin Allen Page, Leigh Farnell Rosenbloom, Eileen Hintz Rumfelt, Peter Starr, Scott Strauss, Assistant U.S. Attorney Christopher M. Sutter**

## ARGUMENT

The Appellants Object to the entire Appeals Court Opinion that illegally dismissed this case appeal. Internal Affairs Investigations complaints were done by The Appellant for Sunny Isles Beach Police Department, Hollywood Police Department, and North Miami Beach Police Department in Florida. Our DOJ was written about these crimes committed against The Appellant and family and no one was fired or arrested. The OCR DHHS complaints were done by The Appellant for Memorial Healthcare Systems Memorial Miramar Hospital in Florida, and no one was arrested, and no one was fired. The Appellant doesn't believe that their motions/pleadings for relief in this appeal case are making it to all of the judges to read so that The Appellants can have a fair, per the constitution, non-bias, nondiscriminatory, legal outcome in the form of relief. The Appellees are still cheating by use of illegal uploads of malicious malware electronic computer

programs and apps to attempt to stop this court from reading and seeing The Appellants motions/pleadings because The Appellant Julia M. Robinson is Black African American and Pro Se' that paid for all of her complaints and appeals to be filed through our Federal Government. The Appellants filed motions/pleadings/hearings for Preliminary Injunctions and for TRO's and was never granted any relief for those motions or never given court dates after The Appellant produced evidence/exhibits on why those particular motions/pleadings needed to be granted as soon as possible. The Appellant is demanding that this Court of Appeals and our United States Government Supreme Court in D.C. and this Appeals Court to sanction all of the Attorneys for their part in committing obstruction, tampering with a witness, tampering with evidence, destroying evidence, and contributing to more corruption over all in this case which has further violated The Appellants Constitutional Rights and has continuously placed The Appellant and her family lives in danger all listed in their Complaint, Brief, and Appendix. On October 16, 2024 The Appellees filed a motion to strike The Appellants Motion for Sanctions for them. The Appellant literally just saw this email today. The Appellees have been reprogramming and redirecting The Appellants phone calls, emails, and other forms of communication in her device she uses for her cases that has clearly interfered with this case that's why she filed motions for sanctions. The Appellant clicked on the screen to view the motion to strike and was given an error message. The Appellant doesn't have a copy of this motion to strike because of The Appellees uploading malware to sabotage and interfere with her cases, The Appellant is now also objecting to this motion to strike. The Appellant paid all court fees for all cases and for some reason The Federal Appeals court system is giving pop ups to The Appellant for her to turn in only 4 copies of brief and appendix which is the same pop ups that was in the system for this case. The Appellants are unrepresented parties but not proceeding in forma pauperis, all of their case filing fees are/was paid. Are these pop ups of 4 copies coming up in the electronic filing system so that all of the Appeals Judges won't get hard copies and read The Appellants Brief and Appendix so that The Appellants won't have a fair outcome?

The Appellants demanded actual court dates in person to publicly argue their cases with a court reporter so that everything can remain Public. The Appellant found out

about evidence not being scanned into the district court electronic system after she did her brief and while she was doing her appendix thats why the appellant did her leave of court to amend her brief and appendix to correct the record under FRAP rule 10. The Appeals Court illegally dismissed her Appeal on November 22, 2024 after the same evidence of Kristian J Halls Actual medical prescription and of The Sunny Isles Police officers that charged him with is own medication was re-turned in again by Julia M. Robinson to this Appeals Court on September 22, 2024. On October 10, 2024 The Appeals Courts sent this message to The Appellant regarding When the above matter(s) (Summary Affirmance) is resolved, the clerk will issue a notice advising counsel and the parties of the new schedule for filing briefs in this appeal. The Appellant was NEVER sent an email advising her of a new due date for a filing of her amended brief and appendix, no matters regarding The Appellant receiving any money from this lawsuit that she paid to file was ever resolved. The Appellees paid out money to have this Appeal illegally dismissed. Make sure you write down the date you returned into the courts the same evidence you turned into the district court. According to the FRAP rule 10 that was written on the appellants leave of court she was supposed to be able to amend her brief and appendix to correct the record and errors from the District Court. The Judiciary System is for all Americans, not just for attorneys, especially after no attorney that The Appellant reached out to didn’t want to help her and her daughter. The Appellant was told by The District Court that she didn't list counts for her lawsuit and a cause of action against The Appellees in her 1983 Constitutional Violations Lawsuit when The District court was supposed to decipher The Pro Se Plaintiff's counts on their complaint. The Appellants/Plaintiffs Julia M. Robinson and Kendall J Hall claimed and proved that Appellees/Defendants assaulted them both at Memorial Hospital Miramar Fl. To establish this claim, The Appellants/Plaintiffs proved the following: That The Appellees/Defendants acted, intending to cause harmful [or offensive] contact: That The Appellants/Plaintiffs reasonably believed that she was about to be touched in a harmful for an offensive] manner;] OR That The Appellees/Defendants threatened to touch The Appellants/Plaintiffs Julia M. Robinson in a harmful [or an offensive] manner; That It reasonably appeared to The Appellants/Plaintiffs that the Appellees/Defendants was about to carry out the threat;] The Appellants/Plaintiffs Julia M. Robinson and Kendall J. Hall name did not/didn't consent to The Appellees/Defendants conduct; The Appellants/Plaintiffs

Julia M. Robinson and Kendall J. Hall was harmed; and The Appellees/Defendants conduct was a substantial factor in causing The Appellants/Plaintiffs harm. The Appellants did state a-cause of action in their 1983 Constitutional Violations Lawsuit when she (Julia M. Robinson) said in her complaint " The Appellees/Defendants had a duty and owed service to The Appellants/Plaintiffs/victims. The Appellees/Defendants failed that duty and violated a promise or obligation to The Appellants/Plaintiffs. The Appellants/Plaintiffs suffered actual losses, injuries, and damages that were directly caused by the Appellees/Defendants actions or failure to act.

## CONCLUSION

The district court abused its discretion by overlooking the law, not applying the law, and not correcting errors that was pointed out in several pleadings with exhibits turned in and written by The Appellant. The district court erred in formulating or applying a rule of law. The Appellants cases were illegally dismissed for graft. Under Rule 8. General Rules of Pleadings (1) In General. Each allegation must be simple, concise, and direct. No technical form is required. (2) Alternative Statements of a Claim or Defense A-party may set out two (2) or more statements of | a claim or defense alternatively or hypothetically, either in a single count or defense or in separate ones. If a party makes alternative statements, the pleading is sufficient if any one of them is sufficient. (3) Inconsistent Claims or Defenses. A party may state as many separate claims or defenses as it has, regardless of consistency. (e) Construing Pleadings. Pleadings must be construed so as to do justice. On the Pro Se' Legal Federal Civil Complaint Form There Is no question on there that ask about a count or listing counts. The Appellant filled out a Pro Se Litigant Federal Civil Complaint Form twice, The Appellant was asked to amend her complaint, and she did by using, following, and answering the questions on the Pro Se litigant Federal Civil Form again. The Appellant followed the Federal Civil Legal Format on The Pro Se Federal Civil Complaint form. Under Rule (4) Alternative Statements of a Claim or Defense. A-party may set out two (2) or more statements of a-claim or defense alternatively or hypothetically, either in a single count or defense or in separate ones. If A-party makes alternative statements, the pleading is sufficient if any one of them is sufficient. Under This

rule it gives The Appellant an option by saying a party may set out two (2) or more statements of a-claim or defense alternatively or hypothetically, either in a single count or defense or in separate ones. It a part makes alternative statements; the pleading is sufficient if any one of them is sufficient. Again, there was no question listed on the Federal Civil ProSe Complaint form asking about counts. The District court was supposed to decipher what The Pro Se' Litigants counts were since there is no question asking about a count on the Federal Pro Se' Litigant Complaint Form. District court had no legal reason to involuntarily dismiss The Appellant complaint, The Plaintiff/Appellant is/was a-party in this case in The District court and all of her pleadings were sufficient. All of The Appellants cases shouldn't have been in the same Judges court room, this was the second case dismissed without any regard for The Federal Civil Rules of Procedure and The Constitution. Since All of The Plaintiff/Appellants cases were in the same Judges court room it shows bias, racial discrimination, and prejudices toward The Plaintiff/Appellant. The Appellants cases should've been split up amongst other Judges to show The Plaintiff/Appellant and The American People/Public that our Judiciary System is just and fair like it so claims to be. The District court cheated again for The Defendants in this case. Under Relief it said on the complaint state briefly and precisely what damages or other relief the plaintiff ask the court to order. Do not make Legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include an punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. The Appellant damages total 500,000,000.00 The Appellees did send a letter from the Department of Justice letting The Appellant know they received her claim. The Appellees still chose to participate until present day in on illegal, barbaric, and unconstitutional WAR CRIMES against The Appellant and her family. The Appellees had a duty and owed service to The Appellant/victim. The Appellees failed that duty and violated a promise or obligation to The Appellant. The Appellant suffered actual losses, injuries, and damages that were directly caused by the Appellees actions or failure to act. The Appellant and her children are going to need hired security for the rest of their lives because of the amount of people, Companies, and U.S. Government Employee's involved in these WAR crimes against The Appellant. The facts above

in The Appellants Appeal are showing that The Appellant is entitled to have this Appeal granted and other relief sought In this case through this court of Appeals. The Appellees all violated all laws and statutes listed in The Appellants Complaints and Appeal Brief. The Appellees knew way before The Appellant filed lawsuits and it's a huge possibility after much of The Appellants research/evidence/exhibits that was mysteriously destroyed in her iPhone that was connected to her emails, social media, and clerical work for her cases that ALL OF OF THE COMPANIES THE APPELLANT SUED AND THE U.S. GOVERNMENT HAS SOMETHING TO DO WITH WHAT HAPPENED TO HER AND HER CHILD MEMORIAL HOSPITAL MIRAMAR IN FLORIDA. The Appellant can and will If this is possible have her emails and social media subpoena to introduce new evidence/exhibits that show The Appellees knew before she filed complaints and that's why obviously her and her family's devices has been compromised/hacked/destroyed for years. This isn't the only two (2) devices that The Appellant mentioned in her Appeals and complaints that were destroyed. The Appellees have been literally attempting to destroy and destroyed The Appellant's evidence for ears that was in electronic devices. The Appellees have been paying and have paid a lot of money to sabotage The Appellant cases. The Appellant has continued to cover herself and family with the BLOOD OF JESUS CHRIST and HAS CONTINUED TO PRAY TO GOD TO KEEP HER AND HER FAMILY. The Appellant Thanks God for professional ethical practicing analysts. The Defendants/Appellees had a duty and owed service to The Appellant/plaintiff/victim. The Appellees/Defendants failed that duty, and violated promises, obligations, and contracts owed to The Appellant. The Appellant suffered actual losses, injuries, and damages that were directly caused by the Appellees/Defendants actions or failure to act. Negligence, Intentional Wrongs, and Constitutional Rights Violations. The United States of America (USA) and All of The Appellees/ The Defendants) deprived The Plaintiffs of their First Amendment Rights, Fourth Amendment Rights, Fifth Amendment Rights, Sixth Amendment Rights, Eighth Amendment Rights, and Their Fourteenth Amendment Rights. The Plaintiffs injuries resulted from intentional acts from The United States of America and All of The Appellees/ The Defendants who failed to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances. The Appellees was careless in handling their employees

who they trained or didn't train to handle/run military weapons testing, clinical trials testing, research of any kind using and hiring criminals to illegally implant/perform illegal surgeries with experimental extremely dangerous defective medical devices without consent of The Plaintiffs and subject The Plaintiffs without consent and legally valid exemptions to extremely dangerous medical research as a form of an attack/weapon for criminals to discredit The Plaintiffs that were witnesses against U.S. Government Employees in prior Fraudulent Criminal cases of Kristian J. Hall. The Appellees are responsible and liable for Assault, Medical Battery, Battery, Fraud Concealment, Retaliatory Discrimination, Duress, Undue Influence, Fraud, Racial Discrimination, 42 U.S. Code§ 3617- Interference, coercion, or intimidation, 18 U.S. Code§ 2441 -War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code§ 1038. False information and hoaxes, Substantive Due Process, Negligence, Fraudulent Concealment, The State Created Danger, Conspiracy, Deleting Documents/Evidence, Due Process, Religious Discrimination, Theft, Attempted Murder, Arndt 8.4. 7 Conditions of Confinement, Strict liability, Human Trafficking/Involuntary Servitude/Slavery, and intentional infliction of emotional distress against The Plaintiffs committed by their employees The Defendants. 2020 Georgia Code Title 9-Civil Practice Chapter 3- Limitations of Actions Article 5- Tolling of Limitations§ -9 3-96. Tolling of Limitations for Fraud of Defendant Universal Citation: GA Code $ 9-3-96 (2020) If the defendant or those under whom he claims are guilty of a fraud by which the plaintiff has been debarred or deterred from bringing na action, the period of limitation shall run only from the time of the plaintiff's discovery of the fraud, and Other Charges

GROUNDS FOR RELIEF SOUGHT

The Plaintiffs resides in The State of Georgia, and she filed her lawsuit and served the Defendants through The U.S. Federal District Court in Atlanta Ga and The U.S. Federal District Court in Atlanta Ga has jurisdiction over this case. The Court has subject Matter jurisdiction over any civil action 'arising under the Constitution, laws, or treaties of the United States.' 11 Id. (quoting 28 U.S. C. § 1331).11 A claim arises under federal law when the plaintiffs' statement of his own cause of action shows that it is based upon federal laws or the federal Constitution. 11 Id. (quoting

Cobb v. Contract Transp., Inc., 452 F.3d 543, 5 48 (6th Cir. 2006)). The Sixth Circuit has explained that a complaint arises under federal law in four circumstances: A complaint arises under federal law if it: (1) states a federal cause of action; (2) includes state-law claims that necessarily depend on a substantial and disputed federal issue; (3) raises state- law claims that are completely preempted by federal law; or (4) artfully pleads state- law claims that amount to federal-law claims in disguise. The Appellants motions for relief for **APPELLANTS RESPONSES/OPPOSITIONS/OBJECTIONS TO THE APPEAL COURT OPINION/ORDER FOR PANEL REHEARING, EN BANC REHEARING/HEARING, MOTION TO EXPEDITE MOTION, AND OBJECTIONS TO MOOT AND OR OBJECTIONS TO FUTURE MOOT INCORRECTLY WRITTEN ON THE APPELLANTS RESPONSE FROM THIS APPEALS COURT** should be granted because of extraordinary circumstances out of/beyond her control that blatantly shows racial discrimination, graft, religious biases/religious discrimination, and corruption/obstruction/fraud on the courts. The Plaintiffs are demanding money damages in the amount of 500,000,000.00/ Five Hundred Million Dollars.

NOTICE OF PRO SE' APPEARANCE

I Appellant Julia M. Robinson hereby enters an appearance on my own behalf in this action and request that all future correspondence be emailed to me at the email address listed above and below. The Appellant is also already approved for a PACER account to file electronically and receives correspondences to her email listed above and below. I understand that if my address or email address changes, I must immediately notify the courts and all parties. The Appellant's new mailing address is:

JULIA M. ROBINSON

2800 SPRING DR. SE

SMYRNA, COBB GA

30080

(424)-313-4070

juliamrobinsonuscourtappealprose@yahoo.com

“I Julia M. Robinson declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct “Executed on December 11, 2024

Julia M. Robinson

CERTIFICATE OF COMPLIANCE

CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT, TYPEFACE REQUIREMENTS, AND TYPE-STYLE REQUIREMENTS

1.Type-Volume This document complies with the word limit of 13,000 words FRAP because Under Rule 40. Petition for Panel Rehearing (b) (1) a petition for panel rehearing produced using a computer must not exceed 3,900 words; and (2) a handwritten or typewritten petition for panel rehearing must not exceed 15 pages. This document is 3419 words and 12 pages, Im demanding a response.

Rule 40. Petition for Panel Rehearing (a) (1) But in a civil case, unless an order shortens or extends the time, the petition may be filed by any party within 45 days after entry of judgment if one of the parties is: (A), (B), (C), (D) The United States of America is a Defendant.

CERTIFICATE OF SERVICE

“I Julia M. Robinson hereby certify that a copy of this motion is being sent electronically through the courts/has been sent electronically through the courts to all parties.

JULIA M ROBINSON

2800 SPRING DRIVE SE

SMYRNA GA, COBB

30080 (424)313-4070

juliamrobinsonuscourtappealprose@yahoo.com

“I Julia M. Robinson declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct “Executed on December 11, 2024 Julia M. Robinson

